[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUGUST 16, 2007
THOMAS K. KAHN
CLERK

No. 07-10564
Non-Argument Calendar

_____

D. C. Docket No. 06-00279-CR--T-17-TBM

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOSE FRANCISCO SANCHEZ ARAGON,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(August 16, 2007)**

Before DUBINA, CARNES and HILL, Circuit Judges.

PER CURIAM:

Mark G. Rodriguez, counsel for Jose Francisco Sanchez Aragon, has filed a

motion to withdraw on appeal supported by a brief prepared pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Aragon's conviction and sentence are **AFFIRMED**.